UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04633
    RICHARD ROE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-7722

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/16/2007 and was confirmed 06/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.00%.

    The case was dismissed after confirmation 03/17/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SERVICES | SECURED NOT I | 200.00 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 2196.68 | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAXON MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE | MORTGAGE ARRE | 13681.10 | .00 | 3464.60 |
| AAA | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 906.61 | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 859.94 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 400.87 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION | NOTICE ONLY | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCR PED | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORPOR | UNSECURED | NOT FILED | .00 | .00 |
| LUNT PLACE CONDOMINIUM A | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1131.80 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| MONOGRAM BANK N AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| SHAHRIAR DADKHAH | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 10619.58 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 41393.76 | .00 | .00 |
| VAN RU CREDIT CORPORATIO | UNSECURED | NOT FILED | .00 | .00 |
| VIKING COLLECTION SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4951.80 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 04633 RICHARD ROE

```
SAXON MORTGAGE            NOTICE ONLY   NOT FILED             .00          .00
LUNT PLACE CONDOMINIUM A  NOTICE ONLY   NOT FILED             .00          .00
ILLINOIS DEPT OF REVENUE  PRIORITY         52.00             .00          .00
LEGAL HELPERS PC          DEBTOR ATTY    2,000.00                     2,000.00
TOM VAUGHN                TRUSTEE                                       385.40
DEBTOR REFUND             REFUND                                           .00
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,850.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 3,464.60 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,000.00 |
| TRUSTEE COMPENSATION | | 385.40 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | 5,850.00 | 5,850.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE